**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **DOCKET NO. 18-cr-00357** |
| **VERSUS** | : | **UNASSIGNED DISTRICT JUDGE** |
| **BRANDON HALL** | : | **MAGISTRATE JUDGE KAY** |

## ORDER

For the reasons assigned in the Report and Recommendation of the Magistrate Judge, [doc. #33] and in the transcript previously filed herein, [doc. #28] and having thoroughly reviewed the record, with the defendant having waived the period for filing objections, [doc. #29] and concurring with the finding of the Magistrate Judge under applicable law:

**IT IS ORDERED** that the **GUILTY PLEA** entered by defendant **BRANDON HALL** on April 18, 2019 before Magistrate Judge Kathleen Kay is **ACCEPTED** by the court, pursuant to the provisions of F.R.Cr.P. 11.

SIGNED this 23rd day of April, 2019.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE